# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162153(51)(52)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DENITA RENEE PRICE,
      Plaintiff-Appellant,

v

SC: 162153
COA: 349162
Oakland CC: 2018-166104-NH

DR. ANGELA UNITIS MARRAS, M.D.,
and PROVIDENCE HOSPITAL,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motions of plaintiff-appellant to extend the time for filing her reply and for immediate consideration are GRANTED. The reply will be accepted as timely filed if submitted on or before December 21, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020



Clerk